UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-20538-CIV-MORENO**

MARVIN J. BONDHUS, M.D.,

   Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

   Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S ORDER AS TO MOTIONS TO STAY AND FOR PROTECTIVE ORDER

THE MATTER was referred to The Honorable Edwin G. Torres, United States Magistrate Judge, for all pretrial matters.  The Magistrate Judge entered an order **(D.E. No. 67)** on **September 17, 2008** that denied Defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY'S ("Provident Life") and third party UNUM GROUP's ("UNUM") Emergency Motions to Stay and for a Protective Order as to UNUM's Corporate Representative Deposition **(D.E. No. 65, 66)**.  Provident Life and UNUM filed an appeal of the Magistrate's order on **September 18, 2008**.  The Court has made a *de novo* review of the issues that the appeal to the Magistrate's order present, and being otherwise fully advised in the premises, its

**ADJUDGED** that the Order of Magistrate **(D.E. No. 67)** is **AFFIRMED** and **ADOPTED**.  The Court finds that the discovery sought is not premature, is relevant, and shall not cause irreparable harm, or prejudice to Provident Life or to UNUM.  It is further

**ADJUDGED** that good faith objections may be raised to specific questions asked by counsel

during the deposition of UNUM's 30(B)(6) Corporate Representative. However, the legal basis for the objection must be stated and counsel for the witness is not permitted to instruct the witness not to answer the questions.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge Edwin G. Torres

Counsel of Record